Eric M. Haley
Bankruptcy Trustee
Chapter 7 Bankruptcy Trustee
P.O. Box 13390
Scottsdale, AZ  85267
(602) 218-5136

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| GARBER, TRAVIS | ) | CASE NO. 2:14-bk-13178-MCW |
| PALMA, ALICIA | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

Eric M. Haley, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| | SEE ATTACHED | |

*February 8, 2016*          */s/ Eric M. Haley*
DATE                                    Eric M. Haley, Trustee

# DIVIDENDS REMITTED TO THE COURT
## Check Number 300023 Dated
## Case Number 14-13178 - GARBER, TRAVIS

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| ILLINOIS BELL TELEPHONE COMPANY<br>% AT&T SERVICES, INC<br>KAREN CAVAGNARO, PARALEGAL<br>ONE AT&T WAY, ROOM 3A104<br>BEDMINSTER, NJ 07921<br>    ACCT: 1680 | 000001 | 485.83 | 2.68 |
| PORTFOLIO AMERICA ASSET<br>MANAGEMENT LLC<br>C O JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS, MO 63195-3185<br>    (7-1) MEDICAL<br>    ACCT: 4500 | 000007 | 436.68 | 2.41 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS, MO 63195-3185<br>    (8-1) PAYDAY LOAN<br>    ACCT: 5406 | 000008 | 620.69 | 3.42 |
| LVNV FUNDING, LLC ITS SUCCESSORS<br>AND<br>ASSIGNS AS<br>ASSIGNEE OF FNBM, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587<br>    ACCT: 2965 | 000009 | 333.50 | 1.85 |
| MARICOPA COUNTY LIBRARY DISTRICT<br>2700 N CENTRAL AVE STE 700<br>PHOENIX, ARIZONA 85004<br>    (10-1) PROCESSING, REPLACEMENT AND<br>    COLLECTION AGENCY CHARGES AND OVERDUE ITEM FINES(10-2)<br>    PROCESSING, REPLACEMENT AND COLLECTION AGENCY<br>    CHARGES AND OVERDUE ITEM FINES ACCT: 9542 | 000010 | 635.10 | 3.50 |
| NVENERGY<br>C/O CREDIT BUREAU CENTRAL<br>PO BOX 29299<br>LAS VEGAS, NV 89126<br>    (11-1) 2558 ACCT: 1872 | 000011 | 127.30 | 0.70 |
| AMERICAN INFOSOURCE LP AS AGENT<br>FOR<br>T MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124-8848<br>    ACCT: 3182 | 000012 | 519.40 | 2.87 |

# DIVIDENDS REMITTED TO THE COURT
### Check Number 300023 Dated
### Case Number 14-13178 - GARBER, TRAVIS

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>NORFOLK VA 23541<br>   ACCT: 1144 | 000013 | 500.16 | 2.76 |
| ---------- Remittance Total --------------- | | 3,658.66 | 20.19 |

Eric Haley, Trustee